UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN DAVIS, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,
              Plaintiffs,

- against -

DOWN & FEATHER COMPANY, LLC,
              Defendant.

21 Civ. 5859 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 24, 2021.

SO ORDERED.

Dated:    New York, New York
           September 13, 2021

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                           United States District Judge