UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN DAVIS,

                Plaintiff,

       - against -

DOWN & FEATHER COMPANY, LLC,

                Defendant.

21-cv-5859 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In view of the case scheduling order, ECF No. 13, the conference scheduled for November 2, 2021 is canceled.

SO ORDERED.

Dated:    New York, New York
            October 30, 2021

                                          John G. Koeltl
                                     United States District Judge