IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>DOWN & FEATHER COMPANY LLC,<br><br>Defendant. | Civil Case Number: 1:21-cv-05859-JGK |

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 15, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-05859-JGK**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS _15_ day of December 2021.

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE